

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:17cr76 HSO-JCG
21 U.S.C. § 846

JOSE LUIS CHAVEZ a/k/a Big Head,
ARNULFO GARZA GONZALEZ a/k/a Peaty,
JUAN LUIS CANTU a/k/a Flaco, and
TAMBRA BROWN

**The Grand Jury charges:**

That beginning sometime in 2016 through the date of this indictment, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **JOSE LUIS CHAVEZ a/k/a Big Head, ARNULFO GARZA GONZALEZ a/k/a Peaty, JUAN LUIS CANTU a/k/a Flaco, and TAMBRA BROWN**, did knowingly and intentionally conspire with each other and others both known and unknown to the Grand Jury, to possess with intent to distribute cocaine hydrochloride, a Schedule II narcotic drug controlled substance, methamphetamine, a Schedule II narcotic drug controlled substance, marijuana, a Schedule I narcotic drug controlled substance, and heroin, a Schedule I narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, United States Code.

**QUANTITY OF CONTROLLED SUBSTANCES INVOLVED IN THE CONSPIRACY**

With respect to **JOSE LUIS CHAVEZ a/k/a Big Head,** the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of cocaine hydrochloride, in violation of Section 841(b)(1)(B); 50 grams or more of actual methamphetamine, in violation of Section 841(b)(1)(A); 100 kilograms or more of marijuana, in violation of Section 841(b)(1)(B); and 100

grams or more of a detectable amount of heroin in violation of Section 841(b)(1)(B).

With respect to **ARNULFO GARZA GONZALEZ a/k/a Peaty,** the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of cocaine hydrochloride, in violation of Section 841(b)(1)(B); 50 grams or more of actual methamphetamine, in violation of Section 841(b)(1)(A); and 100 kilograms or more of marijuana, in violation of Section 841(b)(1)(B).

With respect to **JUAN LUIS CANTU a/k/a Flaco,** the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of cocaine hydrochloride, in violation of Section 841(b)(1)(B); 50 grams or more of actual methamphetamine, in violation of Section 841(b)(1)(A); and 100 kilograms or more of marijuana, in violation of Section 841(b)(1)(B).

With respect to **TAMBRA BROWN,** the amount involved in the conspiracy attributable to her as a result of her conduct, and the conduct of other conspirators reasonably foreseeable to her, is 500 grams or more of cocaine hydrochloride, in violation of Section 841(b)(1)(B), and 50 grams or more of actual methamphetamine, in violation of Section 841(b)(1)(A).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been

commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

A TRUE BILL:

                                     HAROLD BRITTAIN
                                     Acting United States Attorney

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the _8_ day of _August_, 2017.

                                       UNITED STATES MAGISTRATE JUDGE